UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EUGENE MCKINNEY #260969,        )<br>            Plaintiff,        )<br>                            )<br>-v-                            )<br>                            )<br>JOYCE STEELE,                )<br>            Defendant.        )<br>_____) | No. 1:13-cv-50<br><br>HONORABLE PAUL L. MALONEY |

### DEFAULT JUDGMENT

Having issued an order adopting a Report and Recommendation and granting Plaintiff's request for damages (ECF No. 21), pursuant to Fed. R. Civ. P. 58, **DEFAULT JUDGMENT** is hereby entered in favor of Plaintiff Eugene McKinney and against Defendant Joyce Steele in the amount of $1,400.00.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 8, 2014                                   /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge